UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kennya D. Agnew, | Case No. 16-cv-1311 (WMW/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Hennepin County Adult Detention Center, Deputy Maurice Fitz, | |
| Defendants. | |

---

This matter is before the Court on the June 23, 2016 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (Dkt. 7.) No objections to the Report and Recommendation have been filed in the time period permitted.

Based on the Report and Recommendation of the magistrate judge and all the files, records and proceedings herein, **IT IS HEREBY ORDERED:**

1. The magistrate judge's June 23, 2016 Report and Recommendation, (Dkt. 7), is **ADOPTED;**

2. Plaintiff's Complaint, (Dkt. 1), is **DISMISSED WITHOUT PREJUDICE.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 16, 2016                 /s Wilhelmina M. Wright
                                        Wilhelmina M. Wright
                                        United States District Judge